IN RE FARMER

No. 255 PC.

Case below: 52 N.C. App. 97.

Petition by Osie Farmer for writ of certiorari to North Carolina Court of Appeals denied 6 October 1981.

IN RE WAKE FOREST UNIVERSITY

No. 213 PC.

Case below: 51 N.C. App. 516.

Petition by Forsyth County for reconsideration of the denial of discretionary review under G.S. 7A-31 denied 6 October 1981.

JONES v. STONE

No. 272 PC.

Case below: 52 N.C. App. 502.

Petition by defendants for discretionary review under G.S. 7A-31 denied 6 October 1981.

LOWERY v. NEWTON

No. 263 PC.

Case below: 52 N.C. App. 234.

Petition by defendants for reconsideration of the denial of discretionary review under G.S. 7A-31 denied 6 October 1981.

MANN v. MANN

No. 343 PC.

Case below: 53 N.C. App. --- (8010DC1088).

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 October 1981.